# Court of Appeals
## Tenth Appellate District of Texas

=====
10-26-00126-CR
=====

In re Thomas Dione Moore

=====
Original Proceeding
=====

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Thomas Moore filed a document entitled "Petition for Writ of Habeas Corpus" in which he seeks mandamus relief relating to a pending proceeding in the 20th District Court in Milam County, Texas. The 20th District Court is located outside the geographic district for the Tenth Court of Appeals. *See* TEX. GOV'T CODE §22.201(k) (granting this Court jurisdiction over the counties of Bosque, Burleson, Brazos, Coryell, Ellis, Falls, Freestone, Hamilton, Hill, Johnson, Leon, Limestone, Madison, McLennan, Navarro, Robertson, Somervell, and Walker). As such, we are without freestanding writ jurisdiction under Section 22.221(b)(1) to issue a writ of mandamus against the 20th District Court of Milam County because it is outside of the Tenth Court of Appeals District. *See In re Jackson*, No. 08-20-00026-CV, 2020 WL 562983,

2020 Tex. App. LEXIS 1003 (Tex. App.—El Paso Feb. 5, 2020, no pet.). This petition is dismissed for want of jurisdiction.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 9, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do not publish
OT06

